IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 20-cv-03089-PAB

JOHN PEDERSEN.,

    Plaintiff,

v.

STEVEN SEARS,

    Defendant.

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion to Remand [Docket No. 11]. Plaintiff alleges that removal was improper because the case was removed based on diversity jurisdiction, but defendant is a citizen of Colorado. *Id.* at 2.

This action was originally filed in the District Court for Summit County, Colorado. Docket No. 5 at 3. Plaintiff states that defendant is a citizen of the State of Colorado. Docket No. 11 at 2. For cases such as this one, where jurisdiction is premised on diversity of citizenship, 28 U.S.C. § 1441(b)(2) provides that such cases "may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." 28 U.S.C. § 1441(b)(2). Because defendant is a Colorado citizen, he could not properly remove this case to federal court. As a result, the Court will remand this case. *See Brazell v. Waite*, 525 F. App'x 878, 884 (10th Cir. 2013) (unpublished) (explaining that the "so-called forum-defendant rule" prevents removal even where diversity is established).

For the foregoing reasons, it is

**ORDERED** that Plaintiff's Unopposed Motion to Remand [Docket No. 11] is **GRANTED.** It is further

**ORDERED** that this case is **REMANDED** to the District Court for Summit County, Colorado where it was filed as Case No. 2020CV30126.

DATED October 29, 2020.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge